

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00366-CR

Daniel James **WEEMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6570
Honorable Sid L. Harle, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for a new trial.

SIGNED May 14, 2014.

_Karen Angelini_
Karen Angelini, Justice

---

[1] The Honorable Sid Harle signed the trial court's judgment. The Honorable George Goodwin, sitting as a visiting judge, presided over the trial.